# UNITED STATES BANKRUPTCY COURT
## District of Arizona (Phoenix)

| | |
|---|---|
| IN RE: | Case No.: 2:10-bk-30833 |
| Debtors: KRISTIN M. BOLICK | Loan Number (Last 4): 2360 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, National Association |
|---|---|
| Name of Transferee | Name of Transferor |
| Chase Records Center - Attn: Correspondence Mail | Court Claim # (if known): 5 |
| Mail Code LA4-5555 - 700 Kansas Lane | Amount of Claim: $156,730.63 |
| Monroe, LA 71203 | Date Claim Filed: 12/03/2010 |
| Phone: 800-848-9380 | Last Four Digits of Acct #: 2360 |
| Last Four Digits of Acct #: 2360 | |

Name and Address where transferee payments should be sent (if different from above):

JPMorgan Chase Bank, N.A.
Mail Code: OH4-7133 - PO Box 182349
Columbus, OH 43218

Phone: 800-848-9380
Last Four Digits of Acct #: 2360

Transfer Effective: May 01, 2011

| | | | |
|---|---|---|---|
| By: | /s/ Melba Arredondo | Date: | July 04, 2011 |
| | Assistant VP | | |

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

0-4e4bd8cb-b813-4fd0-ac33-ce833b059f9d

Case 2:10-bk-30833-GBN    Doc 31    Filed 07/04/11    Entered 07/04/11 03:08:36    Desc
Main Document    Page 1 of 1